IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE FORCE PROTECTION, INC.<br>DERIVATIVE LITIGATION | Master File No. 2:08-1907-CWH<br>Consolidated with Case Nos.<br>2:08-1904-CWH; 2:08-1998-CWH;<br>2:08-2019-CWH |

## CONSENT SCHEDULING ORDER

By Order dated March 31, 2009, this Court consolidated certain putative shareholder derivative lawsuits under the above caption and directed the appointed lead plaintiff, Duaine Galbraith ("Lead Plaintiff"), to file a consolidated amended complaint within thirty days of the Order. On April 30, 2009, Lead Plaintiff timely filed his Consolidated Amended Verified Derivative Complaint (the "Complaint"). On May 12, 2009, this Court issued an order relating to certain preliminary scheduling matters in this action, and ordered Defendants to respond to the Complaint by June 15, 2009.

Counsel for Defendants has consulted with Lead Plaintiff's counsel and the parties have agreed to the instant [Proposed] Consent Scheduling Order governing the filing of and response to Defendants' motion to dismiss the Complaint. The parties agree and the Court finds that the establishment of the proposed schedule will promote the efficient conduct of this litigation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants shall file and serve their response(s) to the Complaint on or before June 17, 2009;

2. Plaintiffs shall file and serve any response(s) to the motion(s) on or before August 3, 2009; and

3.   The moving Defendant(s) shall file and serve any reply brief(s), in further support of the moving Defendant(s)' respective motion(s) on or before September 3, 2009.

SO ORDERED, this 22 day of June, 2009.

_____
The Honorable C. Weston Houck
Judge, United States District Court

[signatures of counsel on following page]

Consented to:

s/ *Theodore Huge*  
Theodore Huge, Esq.  
Federal Bar No. 9508  
THEODORE HUGE LAW FIRM LLC  
31 Broad Street  
Charleston, SC 29401  
843.793.4702 (Telephone)  
843.577.0460 (Facsimile)  
thh@thehugelawfirm.com  

BERGER & MONTAGUE, P.C.  
Sherrie R. Savett *(admitted pro hac vice)*  
Russell D. Paul *(admitted pro hac vice)*  
Jeffrey L. Osterwise *(admitted pro hac vice)*  
1622 Locust Street  
Philadelphia, PA 19103  
215.875.3000 (Telephone)  
215.875.4604 (Facsimile)  

*Attorneys for Lead Plaintiff*  
*Duaine Galbraith*

s/ *Eleni M. Roumel*  
Eleni M. Roumel  
Federal Bar No. 9959  
NELSON MULLINS RILEY & SCARBOROUGH LLP  
151 Meeting Street  
Charleston, SC 29401  
843.534.4112 (Telephone)  
843.534.4223 (Facsimile)  
eleni.roumel@nelsonmullins.com  

KING & SPALDING LLP  
M. Robert Thornton *(admitted pro hac vice)*  
Michael R. Smith *(admitted pro hac vice)*  
David E. Meadows *(admitted pro hac vice)*  
Benjamin Lee *(admitted pro hac vice)*  
1180 Peachtree Street N.E.  
Atlanta, Georgia 30309  
404.572.4600 (Telephone)  
404.572.5100 (Facsimile)  
bthornton@kslaw.com  
mrsmith@kslaw.com  
dmeadows@kslaw.com  
blee@kslaw.com  

*Attorneys for Defendants*

